UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARL FLYNN TRUSS, JR.,

        Plaintiff,

v.

HEIDI WASHINGTON, et al.,

        Defendants.

                                  /

Case No. 2:20-cv-12157

HONORABLE STEPHEN J. MURPHY, III

## **ORDER OF DISMISSAL**

Plaintiff filed the case in August 2020 and moved to proceed in forma pauperis. ECF 1, 2. The Court has denied Plaintiff's motion to proceed in forma pauperis three times because Plaintiff has violated the "three strikes" rule and provided no compelling evidence suggesting otherwise. ECF 7, 12, 16. The Court has also extended the time for Plaintiff to pay the appropriate filing fee each time. *Id.* Most recently, the Court extended Plaintiff's opportunity to pay the filing fee until January 19, 2021. ECF 16. The Court was clear that Plaintiff is ineligible to proceed in forma pauperis and must pay the fee by January 19, 2021 or the case would be dismissed. *Id.* at 140–41. Plaintiff failed to pay the fee and therefore the Court will dismiss the case.

**WHEREFORE**, it is hereby **ORDERED** that this case is **DISMISSED** for failure to pay the filing fee.

**IT IS FURTHER ORDERED** that the pending motions [3, 4, 5, 6, 9, 13, 14] are **DISMISSED** as moot.

This is a final order that closes the case.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: January 25, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 25, 2021, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager